UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

MATTHEW J. MATARESE,

Plaintiff,

-against-

LONG ISLAND RAIL ROAD COMPANY,

Defendant.

------------------------------------------------------------------------X

24 CV 2429

J BRODIE
MJ LEVY

STIPULATION
OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the
parties to this action, that no party hereto is an infant or incompetent person for whom a
committee has been appointed, that the above entitled action be, and the same is
hereby discontinued with prejudice, without costs, disbursements and attorneys' fees to
any party as against the other, subject to the performance of the settlement agreement,
for which the Court shall retain and have jurisdiction.

An order to effectuate the foregoing may be entered without further notice.

Dated: July 1  , 2025

RONALD J. RIZZO, ESQ
for HALEY H. STEIN, ESQ.
Attorney for Defendant LIRR
Long Island Rail Road
Law Department 4th Floor
Jamaica Station
Jamaica, NY 11435

Dated: June 20, 2025

VALERIE J. LAURIELLO, ESQ. (VL 6192)
for FLYNN & LAURIELLO PLLC ESQ.
Attorneys for Plaintiff
5 Penn Plaza – 23rd Floor
New York, New York 10001
212-896-3812

SO ORDERED:
s/ MKB 8/15/2025

_____
MARGO K. BRODIE
United States District Judge